# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: 18923 Vintage Street, Northridge, CA 91324 | Case No. 2:19-cv-04251-JAK-MRW<br>**JUDGMENT**<br>**JS-6** |

   Pursuant to the Order re Petitioner's Motion to Deposit Surplus Funds, Discharge Petitioner of Further Responsibility for Disbursing of Funds, and Excuse Petitioner from Further Hearings or Participation, Petitioner was ordered to deposit $107,149.63 with the Clerk of the Court. The United States of America's Motion to Claim Funds was granted.

   It is hereby ordered that the $107,149.63 in excess proceeds from the non-judicial foreclosure sale of a property at 18923 Vintage Street, Northridge, California is awarded to claimant, the United States of America. Within 90 days of

the entry of this Judgment, the Clerk is directed to issue a check payable to the United States Treasury, with the above-referenced case number in the subject line, and send it by mail to the following address:

> U.S. Attorney's Office
> Tax Division
> Attn: Melissa Briggs
> 300 North Los Angeles Street, Suite 7516
> Los Angeles, California 90012

IT IS SO ORDERED.

Dated: January 14, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department, US District Court