UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: | No. 2:19-cv-04251-JAK-MRW |
|---|---|
| 18923 Vintage Street<br>Northridge, CA 91324 | **AMENDED JUDGMENT** |

Pursuant to the Order re Petitioner's Motion to Deposit Surplus Funds, Discharge Petitioner of Further Responsibility for Disbursing of Funds, and Excuse Petitioner from Further Hearings or Participation, Petitioner deposited $107,149.63 with the Clerk of the Court. The United States of America's Motion to Claim Funds was granted.

It is hereby ordered that the $107,149.63 in excess proceeds from the non-judicial foreclosure sale of a property at 18923 Vintage Street, Northridge, California, deposited with the Clerk of the Court, plus any interest that has accrued on those proceeds, is awarded to claimant, the United States of America. Within 90 days of the issuance of this Amended Judgment, the Clerk is directed to issue a check payable to the United States Treasury, with the above-referenced case number in the subject line, and send it by mail

to the following address:

>U.S. Attorney's Office
>Tax Division
>Attn: Melissa Briggs
>300 North Los Angeles Street, Suite 7516
>Los Angeles, California 90012

IT IS SO ORDERED.

Dated: January 30, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department, US District Court